In the Matter of JOHNNY DOWNS, Appellant, v NEW YORK STATE EXECUTIVE DEPARTMENT et al., Respondents.

Submitted August 9, 2010; decided September 23, 2010

Motion for reargument of motion for leave to appeal denied [*see* 15 NY3d 742 (2010)].